JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEVIN C. MURPHY, | ) | Case No. CV 14-08784-ODW (DTB) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| NEIL McDOWELL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.


Dated: _July 7, 2016

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1